UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Lynk Labs, Inc.**<br><br>*Plaintiff*,<br><br>v.<br><br>**Home Depot USA, Inc., The Home Depot Inc., and Home Depot Product Authority, LLC,**<br><br>*Defendants*. | **Case No. 6:21-cv-00097-ADA**<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff Lynk Labs, Inc. ("Plaintiff" or "Lynk Labs") and Defendants Home Depot USA, Inc., The Home Depot, Inc., and Home Depot Product Authority, LLC ("Defendants" or "Home Depot"), hereby provide the following status report in advance of the initial Case Management Conference (CMC).

### FILING AND EXTENSIONS

Plaintiff's Original Complaint was filed on January 29, 2021 and the first Amended Complaint was filed on March 17, 2021.

### RESPONSE TO THE COMPLAINT

Defendants responded to the Amended Complaint on April 12, 2021 by filing an Answer to First Amended Compliant for Patent Infringement, Additional Defense and Counterclaims.

### PENDING MOTIONS

There are currently no Motions pending.

### RELATED CASES IN THIS JUDICIAL DISTRICT

There are currently no related cases.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted nine (9) patents and a total of eighteen (18) claims. Plaintiff intends to assert additional claims from the eighteen presently asserted patents in its preliminary infringement contentions, which are forthcoming.

## APPOINTMENT OF TECHNICAL ADVISER

At this point, the parties do not request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendants conducted a meet & confer conference on April 19, 2021. The parties have no pre- Markman issues to raise at the CMC.

Dated: April 19, 2021

Respectfully submitted,

/s/ *Darlene F. Ghavimi*
Darlene F. Ghavimi
Texas State Bar No. 24072114
**K&L GATES LLP**
2801 Via Fortuna, Suite #350
Austin, TX 78746
Tel.: 512.482.6919
Fax: 512.482.6859
Darlene.ghavimi@klgates.com

Devon C. Beane
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
(312) 807-4436
Fax: (312) 827-8000
Email: devon.beane@klgates.com

        James A. Shimota
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
(312) 807-4299
Fax: (312) 827-8000
Email: jim.shimota@klgates.com

Nelson M. Hua
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
(312) 807-4312
Fax: (312) 827-8000
Email: nelson.hua@klgates.com

**ATTORNEYS FOR PLAINTIFF**


/s/  *Aaron G. Fountain*
Aaron G. Fountain
Texas Bar No. 24050619
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
aaron.fountain@dlapiper.com

Nicholas G. Papastavros (Pro Hac Vice pending)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: 617.406.6000
Fax: 617.406.6100
nick.papastavros@dlapiper.com

**ATTORNEYS FOR DEFENDANTS**