# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Lynk Labs, Inc., <br><br>      Plaintiff, <br><br> v. <br><br> Home Depot USA, Inc., The Home Depot Inc., and Home Depot Product Authority, LLC, <br><br>      Defendants. | Case No. 6:21-cv-00097-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF ORDER GOVERNING PROCEEDINGS

The parties jointly move that the agreed Order Governing Proceedings be entered by the Court. The Order Governing Proceedings is attached as an exhibit to this motion.

Dated: July 19, 2021

                                        Respectfully submitted,

                                        */s/ Jennifer Librach Nall*
                                        Aaron G. Fountain
                                        Texas Bar No. 24050619
                                        Jennifer Librach Nall
                                        Texas Bar No. 24061613
                                        DLA PIPER LLP (US)
                                        401 Congress Avenue, Suite 2500
                                        Austin, TX  78701-3799
                                        Tel: 512.457.7125
                                        Fax: 512.457.7001
                                        aaron.fountain@dlapiper.com
                                        jennifer.nall@us.dlapiper.com

Nicholas G. Papastavros *(Pro Hac Vice)*
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6000
Facsimile: 617.406.6119
nick.papastavros@dlapiper.com

ATTORNEYS FOR DEFENDANTS
HOME DEPOT U.S.A. INC., THE HOME
DEPOT, INC. and HOME DEPOT PRODUCT
AUTHORITY, LLC


/s/ *Darlene F. Ghavimi (w/permission)*
Darlene F. Ghavimi
Texas State Bar No. 24072114
**K&L GATES LLP**
2801 Via Fortuna, Suite #350
Austin, TX 78746
Tel.: 512.482.6919
Fax: 512.482.6859
darlene.ghavimi@klgates.com

Jim A. Shimota (admitted *pro hac vice*)
Devon C. Beane (admitted *pro hac vice*)
Nelson M. Hua (admitted *pro hac vice*)
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
devon.beane@klgates.com
nelson.hua@klgates.com

*Attorneys for Plaintiff Lynk Labs, Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 19th day of July 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

            */s/ Jennifer Librach Nall*
            Jennifer Librach Nall

EAST\183827170.1