**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| LYNK LABS, INC. | |
|     Plaintiff, | |
|     v. | Case No. 6:21-cv-00097-ADA |
| Home Depot USA, Inc., The Home Depot Inc. and Home Depot Product Authority, LLC, | |
|     Defendants. | |

**NOTICE REGARDING AGREED EXTENSION OF**
**<u>VENUE DISCOVERY</u>**

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Requests to Change Deadlines dated August 11, 2021, Plaintiff Lynk Labs, Inc. herby provides notice that the parties have agreed to an extension of the Venue Discovery deadline by ten weeks, up to and until November 5, 2021.

Dated:  August 25, 2021          Respectfully submitted,

                                     <u>/s/ *Darlene F. Ghavimi*</u>
                                     Darlene F. Ghavimi
                                     Texas State Bar No. 24072114
                                     **K&L GATES LLP**
                                     2801 Via Fortuna, Suite #350
                                     Austin, TX 78746
                                     Tel.: 512.482.6919
                                     Fax: 512.482.6859
                                     Darlene.ghavimi@klgates.com

                                     Devon C. Beane
                                     K&L Gates LLP
                                     70 W. Madison Street, Suite 3300
                                     Chicago, IL 60602
                                     (312) 807-4436
                                     Fax: (312) 827-8000

Email: devon.beane@klgates.com

James A. Shimota
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
(312) 807-4299
Fax: (312) 827-8000
Email: jim.shimota@klgates.com

Nelson M. Hua
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
(312) 807-4312
Fax: (312) 827-8000
Email: nelson.hua@klgates.com

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that on August 25, 2021 counsel for Plaintiff conferred

with counsel for Defendant, who indicated that Plaintiff is unopposed to the relief requested herein.

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document

has been served on August 25, 2021, via the Court's all CM/ECF recipients of record for this case.

Aaron G. Fountain
Texas Bar No. 24050619
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
aaron.fountain@dlapiper.com

Nicholas G. Papastavros (Pro Hac Vice pending) DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: 617.406.6000
Fax: 617.406.6100
nick.papastavros@dlapiper.com

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi